IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBETECTRUST LLC<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CSC HOLDINGS, LLC<br><br>　　　　　　　　Defendant. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff GlobeTecTrust LLC, files this complaint for patent infringement against Defendant CSC Holdings, LLC:

**THE PARTIES**

1. Plaintiff GlobeTecTrust LLC ("GlobeTecTrust") is a Delaware limited liability company with its principal place of business located at GlobeTecTrust LLC, c/o Wilmington Trust SP Services, Inc., 1105 North Market Street, Suite 1300, Wilmington, Delaware 19801.

2. On information and belief, Defendant CSC Holdings, LLC ("Defendant") is a Delaware limited liability company with a principal place of business at 1111 Stewart Avenue, Bethpage, New York 11714. Defendant has appointed the Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, as its agent for service of process.

1

## JURISDICTION

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's jurisdiction because Defendant has, upon information and belief, transacted business in the District and in the State of Delaware. Specifically, Defendant either directly and/or through intermediaries, upon information and belief, ships, distributes, offers for sale, and/or sells (including via the provision of such services over the Internet) products and services in this District. Defendant thus has, upon information and belief, minimum contacts with this District and State, has purposefully availed itself of the privileges of conducting business in this District and State, regularly conducts and solicits business within the State of Delaware, and has committed acts of patent infringement in this District and State.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

## COUNT I

**(Infringement of U.S. Patent No. 5,469,440)**

6. GlobeTecTrust incorporates and realleges the allegations of paragraphs 1-5 as if fully set forth herein.

7. On November 21, 1995, the USPTO duly and legally issued U.S. Patent No. 5,469,440 (the "'440 patent"), entitled "Communications Network and Method," to

Christopher A. Wade, who assigned his rights and interests in the '440 patent to British Telecommunications. A true and correct copy of the '440 patent is attached as Exhibit A.

8. GlobeTecTrust is the exclusive licensee of the '440 patent and has the legal right to enforce rights under the '440 patent, sue for infringement, and seek all available relief and damages.

9. Upon information and belief, Defendant is infringing (literally and/or under the doctrine of equivalents) the '440 patent throughout the United States by, among other things, making, using, importing, offering for sale and/or selling a communications network as claimed in the '440 patent that transmits multiplexed signals between a central station and a plurality of outstations according to the method claimed in the '440 patent. Defendant's infringing networks include networks maintained in compliance with the DOCSIS (Data Over Cable Service Interface Specification) standards. *See, e.g.*, http://optimum.custhelp.com/app/answers/detail/a_id/1791/~/optimum-online-boost-compatible-modems  (A DOCSIS 3.0 modem is required for the Optimum Boost Plus service.").

10. Defendant committed these acts of infringement without license or authorization.

11. As a result of Defendant's infringement of the '440 patent, GlobeTecTrust has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

12. GlobeTecTrust has also suffered and will continue to suffer severe and irreparable harm unless this Court issues a permanent injunction prohibiting Defendant,

its agents, servants, employees, representatives, and all others acting in active concert therewith from infringing the '440 patent.

## PRAYER FOR RELIEF

For the above reasons, GlobeTecTrust respectfully requests that this Court grant the following relief in favor of GlobeTecTrust and against Defendant:

(a)　A judgment in favor of GlobeTecTrust that Defendant has directly infringed (either literally or under the doctrine of equivalents) one or more claims of the '440 patent ("the Asserted Patent");

(b)　A permanent injunction enjoining Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with Defendant, from infringing the Asserted Patent;

(c)　A judgment and order requiring Defendant to pay GlobeTecTrust its damages, costs, expenses, and pre-judgment and post-judgment interest for Defendant's infringement of the Asserted Patent;

(d)　A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding GlobeTecTrust its reasonable attorneys' fees; and

(e)　Any and all such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff GlobeTecTrust, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: August 6, 2013

                                                  */s/ Kenneth L. Dorsney*
                                                Kenneth L. Dorsney (#3726)
                                                MORRIS JAMES LLP
                                                500 Delaware Avenue, Suite 1500
                                                Wilmington, DE 19801
*Of Counsel:*                                (302) 888-6800
                                                kdorsney@morrisjames.com

Alexander C. D. Giza
Marc A. Fenster
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor              *Attorneys for Plaintiff*
Los Angeles, California 90025                     *GlobeTecTrust LLC*
agiza@rawklaw.com
mfenster@raklaw.com
(310) 826-7474